# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**Kathryn G. Collier,** *et al.***,**

                    **Plaintiffs,**

**v.**                                           **Case No. 3:15-cv-180**
                                           **Judge Thomas M. Rose**

**SP Plus Corporation,** *et al.***,**

                    **Defendants.**

---

### ENTRY AND ORDER GRANTING DEFENDANTS' MOTION TO STAY, DOC. 27, ORDERING SP PLUS CORPORATION TO PROVIDE THE COURT MONTHLY UPDATES ON THE STATUS OF *SPOKEO, INC. V. ROBINS.*

---

Pending before the Court is a motion filed by Defendants/Third-Party Plaintiffs, SP Plus Corporation ("SP Plus") and the City of Dayton, Ohio ("City") (collectively, "Defendants"), to stay all proceedings in this action pending the decision of the Supreme Court of the United States in *Spokeo, Inc. v. Robins*, which, Defendants assert, may vitiate Plaintiffs' standing in this action. Doc. 29.   Because the Court finds Defendants' motion well taken, it is **GRANTED**.   The instant case is **STAYED** until the Supreme Court issues its opinion in *Spokeo Inc. v. Robbins*.   This stay will expire if a decision is not issued prior to July 1, 2016.   Defendant SP Plus Corporation is **ORDERED** to provide monthly updates on the status of *Spokeo v. Robins*.

      **DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, January 27, 2016.

                                 s/Thomas M. Rose

                                _____
                                 THOMAS M. ROSE
                               UNITED STATES DISTRICT JUDGE